UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                               **PROCEEDINGS UNDER CHAPTER 7**
                                                      Case No: **19-25435-BKC-LMI**

**AAA Machinery Parts and Rentals LLC**

        Debtor

_____/

**Joel Tabas, Chapter 7 Trustee**

        Plaintiff,

                                                      AVD.NO. **21-01077-BKC-LMI**

**UBEFunding LLC**

        Defendant,

**Angel Romer Morales**

        Defendant.

_____/

## <u>DEFENDANT ANGEL ROMER MORALES ANSWER AND AFFIRMATIVE DEFENSES</u>

**COMES NOW,** Defendant, Angel Romer Morales, (hereinafter referred to as Defendant) by and through the undersigned counsel, and pursuant to Rule 7012, Fed. R. Bankr. P., hereby submit his Answer and Affirmative Defenses to the Plaintiff's Complaint, and states as follows:

1. Admit for Jurisdictional purpose.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Admit.

7. Defendant is without knowledge, therefore denied.

8. Admit.

9. Denied.

## FACTUAL BACKGROUNG

10. Admit.

11. Admit.

12. Admit.

13. Admit.

14. Admit

15. Denied.

16. Denied.

## COUNT I

## AVOIDANCE AND RECOVERY OF THE

## TRANSFER PURSUANT TO 11 U.S.C. §§ 548(a)(1)(A)

17. The Defendant realleges his answers to paragraphs 1-16 (and all subparts) of the Plaintiff's Complaint as if fully set forth herein.

18. Admit.

19. Defendant is without knowledge, therefore denied.

20. Admit.

21. Denied.

22. Defendant is without knowledge, therefore denied.

23. Defendant is without knowledge, therefore denied.

## COUNT II

## RECOVERY OF FRAUDULENT TRANSFERS PURSUANT

## TO 11 U.S.C. § 550(a)(1) OF THE BANKRUPTCY CODE

24. The Defendant realleges his answers to paragraphs 1-23 (and all subparts) of the Plaintiff's Complaint as if fully set forth herein.

25. Admit.

26. Admit.

27. Admit.

28. Defendant is without knowledge, therefore denies.

## COUNT III

## AVOIDANCE AND RECOVERY OF THE

## TRANSFER PURSUANT TO 11 U.S.C. §§ 548(a)(1)(B)

29. The Defendant realleges his answers to paragraphs 1-28 (and all subparts) of the Plaintiff's Complaint as if fully set forth herein.

30. Admit.

31. Admit.

32. Denied.

33. Defendant is without knowledge, therefore denied.

34. Defendant is without knowledge, therefore denied.

## COUNT IV

## RECOVERY OF FRAUDULENT TRANSFERS PURSUANT

## TO 11 U.S.C. § 550(a)(1) OF THE BANKRUPTCY CODE

35. The Defendant realleges his answers to paragraphs 1-34 (and all subparts) of the Plaintiff's Complaint as if fully set forth herein.

36. Admit.

37. Admit.

38. Defendant is without knowledge, therefore denied.

## COUNT V

## AVOIDANCE OF FRAUDULENT TRANSFER PURSUANT

## TO 11 U.S.C. § 544(b)(1) AND FLA. STAT. § 726.105(1)(a)

39. The Defendant realleges his answers to paragraphs 1-38 (and all subparts) of the Plaintiff's Complaint as if fully set forth herein.

40. Admit.

41. Admit.

42. Denied.

43. Defendant is without knowledge, therefore denied.

## COUNT VI

## RECOVERY OF TRANSFER PURSUANT TO

## FLA. STAT. §§ 726.108 AND 726.109 AND 11 U.S.C. §§ 550

44. The Defendant realleges his answers to paragraphs 1-43 (and all subparts) of the Plaintiff's Complaint as if fully set forth herein.

45. Admit.

46. Defendant is without knowledge, therefore denied.

## COUNT VII

## AVOIDANCE OF FRAUDULENT TRANSFER PURSUANT

## TO 11 U.S.C. § 544(b)(1) AND FLA. STAT. 726.105(1)(b)

47. The Defendant realleges his answers to paragraphs 1-46 (and all subparts) of the Plaintiff's Complaint as if fully set forth herein.

48. Admit.

49. Admit.

50. Denied.

51. Defendant is without knowledge, therefore denied.

52. Defendant is without knowledge, therefore denied.

## COUNT VIII

## RECOVERY OF TRANSFER PURSUANT TO

## FLA. STAT. §§ 726.108 AND 726.109 AND 11 U.S.C. §§ 550

53. The Defendant realleges his answers to paragraphs 1-52 (and all subparts) of the Plaintiff's Complaint as if fully set forth herein.

54. Admit.

55. Defendant is without knowledge, therefore denied.

## COUNT IX

## AVOIDANCE OF FRAUDULENT TRANSFER PURSUANT

## TO 11 U.S.C. § 544(b)(1) AND FLA. STAT. 726.106(1)

56. The Defendant realleges his answers to paragraphs 1-55 (and all subparts) of the Plaintiff's Complaint as if fully set forth herein.

57. Admit.

58. Admit.

59. Denied.

60. Defendant is without knowledge, therefore denied.

61. Defendant is without knowledge, therefore denied.

## COUNT X

## RECOVERY OF TRANSFER PURSUANT TO

## FLA. STAT. §§ 726.108 AND 726.109 AND 11 U.S.C. §§ 550

62. The Defendant realleges his answers to paragraphs 1-61 (and all subparts) of the Plaintiff's Complaint as if fully set forth herein.

63. Admit.

64. Defendant is without knowledge, therefore denied.

## COUNT XI

## RECOVERY OF SUBSEQUENT TRANSFER PURSUANT TO

## FLA. STAT. §§ 726.108 AND 726.109 AND 11 U.S.C. §§ 550 AND 551

65. The Defendant realleges his answers to paragraphs 1-64 (and all subparts) of the Plaintiff's Complaint as if fully set forth herein.

66. Defendant is without knowledge, therefore denied.

67. Admit.

68. Admit.

69. Denied.

## **AFFIRMATIVE DEFENSES**

1. The Plaintiff's claims are barred as to Defendant, because at all relevant times, Defendant acted in good faith and without knowledge as to the Debtor's insolvency.

2. Plaintiff has failed to allege facts and prove with sufficient specificity that Defendant was aware or had reasons to know of Debtor's insolvency.

## **RESERVATION OF RIGHTS**

Defendant reserves the right to assert any affirmative defenses available under the Bankruptcy Code, 11 U.S.C §101 at seq., §726., at Seq. of the Florida Statutes, or other applicable law, as may be discovered during the course of additional discovery and investigating.

**WHEREFORE**, Defendant, Angel Romer Morales, by and through the undersigned counsel respectfully requests this honorable Court render judgment in favor of Defendant and against Plaintiff with respect to all matters before this Court.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was emailed jgraham@tabassoloff.com on this 22nd day of June 2021 to Jessica Graham, Esq., attorney for Joel Tabas, Chapter 7 Trustee, 25 SE 2nd Av #248, Miami, FL 33131.



**900 West 49th Street Suite 422**
**Hialeah, Florida 33012**
**Tel: (305)362-6277 / Fax: (888)327-2399**
**mail@delpinolaw.com**
*/S/ HAVEN DEL PINO*
**HAVEN DEL PINO**
**Florida Bar No. 88606**